Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 19-cr-639 |
| THOMAS WHALEN | : |

Thomas Whalen, the above named defendant, who is accused of violating 18 U.S.C. § 1347 (health care fraud – 1 count), 18 U.S.C. § 545 (importation contrary to law – 1 count), and 21 U.S.C. § 841(a)(1) (distribution of a controlled substance – 2 counts), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
THOMAS WHALEN,
Defendant

_____
Witness

12/4/19
Date

_____
WILLIAM J. BRENNAN
Counsel for Defendant