# Exhibit B

## Part 1

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
UNITED STATES V. THOMAS J. WHALEN
CR. NO. 19-639
LIST OF CHARACTER REFERENCE LETTERS-ALPHABETICAL ORDER BY LAST NAME

| Character Reference | Bates Label | Relationship |
|---|---|---|
| **Albornoz, M. Anthony** | **B272** | **Colleague** |
| ██████████ | B144-B145 | Patient |
| **Alessandroni, John** | **B249** | **Tenant** |
| ████████ | B13 | Patient |
| █████████████ | B187 | Patient |
| **Arnett, Lisa D.** | **B102** | **Employee** |
| ██████████ | B169-B170 | Patient |
| █████████ | B31-B33 | Patient |
| ██ | B250-B257 | Patient |
| ███████████ | B105 | Patient |
| ██████████ | B223 | Patient |
| ███████████ | B235 | Patient |
| **Benton, Troy M.** | **B195-B196** | **Mentee** |
| █████████ | B224 | Patient |
| **Berman, James** | **B246-B247** | **Colleague** |
| ████████ | B54-B55 | Patient |
| ████████████ | B56-B57 | Patient |
| ████████ | B61 | Patient |
| ████████ | B110 | Patient |
| ██████████ | B104 | Patient |
| █████████ | B103 | Patient |
| █████████████████ | B126 | Patient |
| ███████████ | B265-B266 | Patient |
| █████████████ | B120 | Patient |
| **Chermenko, Mike** | **B194** | **Friend** |
| █████████ | B181 | Patient |
| █████████ | B280 | Patient |
| ████████ | B230 | Patient |
| ██████████ | B182 | Patient |
| ███████ | B50-B51 | Patient |
| ████████ | B258-B259 | Patient |

Page 1

| Character Reference | Bates Label | Relationship |
|---|---|---|
| **Cruice, Sydney F.** | **B210-B211** | **Sister-in-law** |
| ███████ | B176 | Patient |
| ██████ | B163-B164 | Patient |
| ████████ | B281-B283 | Patient |
| █████████ | B8 | Patient |
| █████████ | B147 | Patient |
| ██████ | B26 | Patient |
| ███████ | B279 | Patient |
| ███████ | B146 | Patient |
| ██████ | B264 | Patient |
| **Dixon, Charles** | **B4** | **Tenant** |
| **Dixon, Terence A.** | **B216-B217** | **Brother-in-law** |
| ████████████ | B38 | Patient |
| █████████ | B226 | Patient |
| ██████ | B237-B238 | Patient |
| **Dunek, Ken** | **B117** | **Friend** |
| ██████████ | B188-B190 | Patient |
| ████████ | B76 | Patient |
| ██████ | B98-B99 | Patient |
| ██████ | B177 | Patient |
| ██████ | B25 | Patient |
| **Francis, Charles A.** | **B214** | **Brother-in-law** |
| **Francis, Kathryn C.** | **B212-B213** | **Sister-in-law** |
| ███████ | B66 | Patient |
| ███████ | B67-B68 | Patient |
| ██████ | B52 | Patient |
| ████████ | B268-B269 | Patient |
| ███████ | B239-B240 | Patient |
| ████████ | B79-B80 | Patient |
| ██████ | B19 | Patient |
| █████████ | B153 | Patient |
| ███████ | B148 | Patient |
| **Hamsher, C. David** | **B248** | **Colleague** |
| ████████ | B159 | Patient |
| ██████ | B71-B72 | Patient |
| **Haruni, Blerta** | **B149-B150** | **Brother's partner** |

| Character Reference | Bates Label | Relationship |
|---|---|---|
| ███████ | B225 | Patient |
| ███████ | B154-B156 | Patient |
| ███████ | B165 | Patient |
| **Hillyard, Gregory A.** | **B143** | **Friend** |
| ███████ | B166 | Patient |
| ████████ | B43-B44 | Patient |
| ███████ | B21-B22 | Patient |
| ████████ | B160-B162 | Patient |
| **Huckel, Charles** | **B278** | **Friend** |
| ███████ | B183-B184 | Patient |
| ████████ | B284 | Patient |
| ██████ | B132 | Patient |
| ██████ | B271 | Patient |
| █████ | B34 | Patient |
| ████████ | B90-B91 | Patient |
| ███████ | B121 | Patient |
| ███████ | B262-B263 | Patient |
| █████████ | B77-B78 | Patient |
| █████ | B37 | Patient |
| ███████ | B185-B186 | Patient |
| ███████ | B231 | Patient |
| ████████ | B40-B41 | Patient |
| █████████ | B111-B112 | Patient |
| █████████ | B29-B30 | Patient |
| █████ | B167-B168 | Patient |
| **Maguire, John O.** | **B113-B114** | **Friend** |
| ███████ | B133-B137 | Patient |
| ███████ | B171-B172 | Patient |
| █████████ | B204-B205 | Patient |
| ████████ | B219-B220 | Patient |
| ██████ | B10 | Patient |
| ████████ | B201-B202 | Patient |
| ███████ | B125 | Patient |
| ████████ | B46 | Patient |

20798496v2

| Character Reference | Bates Label | Relationship |
|---|---|---|
| ███████████ | B173 | Patient |
| ██████████████ | B106 | Patient |
| **McHale, Susan** | **B218** | **Employee** |
| █████████ | B11 | Patient |
| ████████████ | B233-B234 | Patient |
| █████████████ | B70 | Patient |
| ███████ | B260 | Patient |
| ████████ | B236 | Patient |
| ████████████ | B122 | Patient |
| **Morris, Christopher** | **B192-B193** | **Mentee** |
| **Myers, Aaron** | **B107-B108** | **Colleague** |
| █████████████ | B47-B48 | Patient |
| ████████ | B42 | Patient |
| ████████████ | B86-B87 | Patient |
| **Olsen, Michael M.** | **B203** | **Friend** |
| █████████ | B243-B244 | Patient |
| ████████████ | B49 | Patient |
| █████████ | B221 | Patient |
| ████████ | B157 | Patient |
| ████████████ | B127-B129 | Patient |
| █████████ | B85 | Patient |
| █████████ | B39 | Patient |
| ████████████ | B12 | Patient |
| █████████ | B227 | Patient |
| ████████████ | B14 | Patient |
| █████████ | B35 | Patient |
| █████████ | B60 | Patient |
| █████████ | B96-B97 | Patient |
| ██████████████ | B62 | Patient |
| ████████████ | B53 | Patient |
| **Rowe, Mathilde L. W.** | **B1-B3** | **Daughter** |
| **Rubino, Daniel** | **B245** | **Colleague** |
| ██████████ | B65 | Patient |
| ██████████████ | B81-B83 | Patient |
| ███████████ | B222 | Patient |

20798496v2

| Character Reference | Bates Label | Relationship |
|---|---|---|
| ████████ | B151-B152 | Patient |
| ████████ | B158 | Patient |
| ██████ | B215 | Patient |
| Sherry, Daniel J. | B197-B198 | Friend |
| █████ | B267 | Patient |
| █████ | B73-B74 | Patient |
| ██████ | B23-B24 | Patient |
| ████ | B109 | Patient |
| Smith, Joseph W. | B115-B116 | Friend |
| ██████ | B92-B95 | Patient |
| █████ | B17-B18 | Patient |
| █████ | B20 | Patient |
| █████ | B232 | Patient |
| ███████ | B123-B124 | Patient |
| █████████ | B138-B139 | Patient |
| Sulecki, Robert E.T. | B178-B180 | Brother |
| Sulecki, Sharon | B241-B242 | Sister |
| ████████ | B15-B16 | Patient |
| ███████ | B228-B229 | Patient |
| ██████ | B75 | Patient |
| █████ | B69 | Patient |
| ███████ | B84 | Patient |
| Walsh, Andrew S. | B100-B101 | Friend |
| █████ | B58-B59 | Patient |
| █████████ | B63-B64 | Patient |
| ██████ | B36 | Patient |
| █████ | B45 | Patient |
| █████ | B27-B28 | Patient |
| Webster, Lawrence | B199-B200 | Friend |
| ████ | B118-B119 | Patient |
| Wells, Melissa | B270 | Friend |
| Whalen, Benjamin | B206-B207 | Son |
| Whalen, Christopher B. | B209 | Son |
| Whalen, Michael | B208 | Son |
| Whalen, Sarah | B273-B277 | Wife |
| Wilcox, Thomas O. | B191 | Colleague |

| Character Reference | Bates Label | Relationship |
|---|---|---|
| ███████ | B174-B175 | Patient |
| | B261 | Patient |
| | B5-B7 | Patient |
| | B140-B142 | Patient |
| | B9 | Patient |
| | B130-B131 | Patient |
| | B88-B89 | Patient |

20798496v2

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
|---|---|
| Mathilde L. W. Rowe | B1-B3 |
| Charles Dixon | B4 |
| ███████ | B5-B7 |
| ███████ | B8 |
| ███████ | B9 |
| ███████ | B10 |
| ███████ | B11 |
| ███████ | B12 |
| ███████ | B13 |
| ███████ | B14 |
| ███████ | B15-B16 |
| ███████ | B17-B18 |
| ███████ | B19 |
| ███████ | B20 |
| ███████ | B21-B22 |
| ███████ | B23-B24 |
| ███████ | B25 |
| ███████ | B26 |
| ███████ | B27-B28 |
| ███████ | B29-B30 |
| ███████ | B31-B33 |
| ███████ | B34 |
| ███████ | B35 |
| ███████ | B36 |
| ███████ | B37 |
| ███████ | B38 |
| ███████ | B39 |
| ███████ | B40-B41 |
| ███████ | B42 |
| ███████ | B43-B44 |
| ███████ | B45 |
| ███████ | B46 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
|---|---|
| ██████████████ | B47-B48 |
| ████████████ | B49 |
| ████████ | B50-B51 |
| ████████ | B52 |
| ██████████████ | B53 |
| ████████ | B54-B55 |
| ████████████ | B56-B57 |
| █████████ | B58-B59 |
| ██████████ | B60 |
| ███████ | B61 |
| ██████████████ | B62 |
| █████████████ | B63-B64 |
| ██████████ | B65 |
| █████████ | B66 |
| █████████ | B67-B68 |
| █████████ | B69 |
| ████████████ | B70 |
| █████████ | B71-B72 |
| ████████ | B73-B74 |
| █████████ | B75 |
| ██████████ | B76 |
| ███████████████ | B77-B78 |
| ██████████ | B79-B80 |
| █████████████ | B81-B83 |
| ███████████ | B84 |
| ████████ | B85 |
| ███████████ | B86-B87 |
| ████████ | B88-B89 |
| ██████████ | B90-B91 |
| █████████ | B92-B95 |
| █████████ | B96-B97 |
| ████████ | B98-B99 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
|---|---|
| Andrew S. Walsh | B100-B101 |
| Lisa D. Arnett | B102 |
| ███████████ | B103 |
| ███████████ | B104 |
| ███████████ | B105 |
| ███████████████ | B106 |
| Aaron Myers | B107-B108 |
| ███████████ | B109 |
| ███████████ | B110 |
| ████████████████ | B111-B112 |
| John O. Maguire | B113-B114 |
| Joseph W. Smith | B115-B116 |
| Ken Dunek | B117 |
| ███████ | B118-B119 |
| ███████████████ | B120 |
| Angela Kenion | B121 |
| ███████████████ | B122 |
| ███████████████ | B123-B124 |
| ██████████ | B125 |
| ████████████████ | B126 |
| ████████████ | B127-B129 |
| ████████████ | B130-B131 |
| ██████████ | B132 |
| █████████████ | B133-B137 |
| ████████████████ | B138-B139 |
| ████████████ | B140-B142 |
| Gregory A. Hillyard | B143 |
| ██████████████ | B144-B145 |
| ██████████ | B146 |
| █████████████ | B147 |
| ███████████ | B148 |
| Blerta Haruni | B149-B150 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
| --- | --- |
| ███████████ | B151-B152 |
| ███████████ | B153 |
| ██████████ | B154-B156 |
| ████████ | B157 |
| ███████████ | B158 |
| ██████████ | B159 |
| ██████ | B160-B162 |
| █████████ | B163-B164 |
| ████████ | B165 |
| █████████ | B166 |
| █████████ | B167-B168 |
| █████████ | B169-B170 |
| ██████████ | B171-B172 |
| ███████████ | B173 |
| █████████ | B174-B175 |
| ████████ | B176 |
| ██████ | B177 |
| Robert E.T. Sulecki | B178-B180 |
| ████████ | B181 |
| █████████ | B182 |
| ████████ | B183-B184 |
| ██████████ | B185-B186 |
| ██████████ | B187 |
| ████████████ | B188-B190 |
| Thomas O. Wilcox | B191 |
| Christopher Morris | B192-B193 |
| Mike Chermenko | B194 |
| Troy M. Benton | B195-B196 |
| Daniel J. Sherry | B197-B198 |
| Lawrence Webster | B199-B200 |
| ███████████ | B201-B202 |
| Michael M. Olsen | B203 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
|---|---|
| ███████████████ | B204-B205 |
| Benjamin Whalen | B206-B207 |
| Michael Whalen | B208 |
| Christopher B. Whalen | B209 |
| Sydney F. Cruice | B210-B211 |
| Kathryn C. Francis | B212-B213 |
| Charles A. Francis | B214 |
| ███████ | B215 |
| Terence A. Dixon | B216-B217 |
| Susan McHale | B218 |
| ██████████ | B219-B220 |
| ████████ | B221 |
| ███████████ | B222 |
| ███████ | B223 |
| Helen Berlingis | B224 |
| ████████ | B225 |
| ███████████ | B226 |
| ███████ | B227 |
| █████████ | B228-B229 |
| ██████ | B230 |
| █████████ | B231 |
| ███████ | B232 |
| ██████████ | B233-B234 |
| ████████ | B235 |
| ███████ | B236 |
| █████████ | B237-B238 |
| ████████ | B239-B240 |
| Sharon Sulecki | B241-B242 |
| ██████████ | B243-B244 |
| Daniel Rubino | B245 |
| James Berman | B246-B247 |
| C. David Hamsher | B248 |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

UNITED STATES V. THOMAS J. WHALEN

CR. NO. 19-639

LIST OF CHARACTER REFERENCE LETTERS-NUMERICAL ORDER BY NUMBER STAMP

| Character Reference | Bates Label |
|---|---|
| John Alessandroni | B249 |
| ███ | B250-B257 |
| ████ | B258-B259 |
| ████ | B260 |
| █████ | B261 |
| ████ | B262-B263 |
| ████ | B264 |
| ██████ | B265-B266 |
| ████ | B267 |
| █████ | B268-B269 |
| Melissa Wells | B270 |
| ████ | B271 |
| M. Anthony Albornoz, M.D. | B272 |
| Sarah Whalen | B273-B277 |
| Charles Huckel | B278 |
| █████ | B279 |
| ████ | B280 |
| █████ | B281-B283 |
| ████ | B284 |

March 23, 2019

The Honorable Timothy J. Savage
U.S. District Judge for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia PA, 19106

Re: Whalen, Thomas Jr.

Dear Judge Savage:

I am writing in regards to the upcoming sentencing of my father, Thomas Whalen Jr.

I am Dr. Whalen's eldest child and only daughter. I have been interested in the criminal justice system since a young age and actually shadowed a judge at the Philadelphia federal courthouse in high school; I never imagined I would be sending a letter regarding the sentencing of one of my own family members to that same courthouse. Ironically, I spent my years in graduate school (completing a doctoral program in clinical psychology) researching and writing about the negative impacts that parental incarceration has on children and families. I now work as a forensic psychologist at a large state psychiatric hospital in Virginia. In this role, I oversee and conduct court-ordered psychological evaluations (primarily trial competence and sanity) for those admitted to the psychiatric hospital. I am thus very familiar with strains that accompany familial incarceration, and am writing to ask that the Court consider sentences other than incarceration for my father, both due to my father's mitigating circumstances, and for the sake of my immediate family members.

I recognize that in preparation for my father's sentencing hearing you will likely hear from many individuals who are familiar with my father's work. As I don't wish to be redundant, I will instead focus this letter on the unique perspective I have; namely, providing the Court with some familial history and context.

Regarding my father's childhood, he is the only child of his parents (both deceased), who divorced when he was two-years-old. Both of his parents remarried and had additional children soon after their divorce. Not only did this quick reestablishment of separate families leave my

father uncertain of his place in either family, but also he also subsequently suffered abuse from his stepfather[i]. A good example of my father's resulting poor fit with either family of origin was apparent after his mother died, at her viewing. I made a last-minute decision to leave Virginia early to attend the viewing with him, and remember being so glad I did because I seemed to be the only attendee that my father was truly comfortable with, despite being surrounded by family. From what I have observed, something in this complicated, painful family history made my father feel he needs to earn love, affection, and care in a way that no child (or person) should have to. This feeling of inadequacy and perceived need to prove his value can be found in many decisions in his life (e.g. he became a doctor to please his mother), and has set the stage for a lifetime of self-sacrifice.

My father's work presents a good example of his self-sacrificing efforts. Despite working long hours and overburdening himself to provide for our family, he paradoxically also saw many patients for many years that never paid him. I recall seeing the large stack of unpaid patient bills and asking why he continued to treat people that did not pay him; my father replied by describing his commitment to serving those impoverished patients that most needed care and had no other access. In a letter that I recently wrote for work regarding my interest in serving impoverished populations, I summarized, "I was first introduced to the multitude of barriers preventing vulnerable populations from receiving necessary medical care while watching my father treat low-income and underinsured chronic pain patients. He often gently, but purposefully, explained to me that those patients who are least likely to receive care should be a priority. This guidance allowed me to develop greater appreciation for my father's practice as well as my own drive to work with vulnerable and disadvantaged populations." From what I have observed, one of the impacts of his current legal situation that has been most painful for my father is his guilt related to feeling he abandoned those low-income patients who do not have other means of accessing medical care.

Despite his stressful work, at home my dad has always been a wonderful, engaged father. My mother's mother, the commanding matriarch of our family, often speaks in a rare, awestruck tone about my father's intuition with his children (she describes his skilled, attentive care as rendering her assistance "useless" when we were infants). In elementary school, my dad cried "happy tears" at every play and yearly graduation. He frequently voiced his drive to ensure that our childhood experiences were better than what he experienced growing up, and would constantly remind us, "I'll never give up" and "I'll always keep you safe." I remember (during my legendarily defiant pre-teen years) testing his promise to keep me safe during the drive to school one morning, rattling off different hypothetical life-threatening scenarios (e.g. "what if this overpass collapsed right on top of us Dad? There's nothing you could do about that!"). I'll never forget how he seamlessly responded to each scenario with a clear strategy for protecting my life and the overwhelming sense of security that gave me, even as a "tween-ager." From birth to adulthood, my father never flinched or hesitated when caring for his children; he dove in head-first, and always tried to do better than he had the day before, often without concern for his own well-being. My second child is due in June and I simply cannot imagine my warm, caring father not being available to help care for her (or my young family) during that time.

Importantly, due to the high levels of need of each of our immediate family members, maintaining such a supportive role took particularly high levels of strength and self-sacrifice

from my father. To give a short summary of our current family status, each of my immediate family members (my father included) would undoubtedly qualify for a diagnosis of an anxiety disorder (several, including myself, have actually been diagnosed by a clinician). Two of my brothers continue to live with my parents and remain in some way financially dependent upon them. Additionally, my mother has long-struggled with trust and relationship issues herself (in large part due to her own father's struggle with alcoholism and related familial abuse), and my father's legal situation has only served to exacerbate those issues. Finally, my maternal grandmother's (the above-described matriarch of the family and my father's closest mother figure in recent years) health is declining quickly. She now requires a high level of assistance with daily tasks, and is totally dependent on her children and their spouses for financial and emotional support.

In sum, from all that I have observed, my father's life story is one of self-sacrifice, both at home and work, and in the face of countless, ongoing familial stressors. Aside from the obvious impact on my father, who, despite any wrongdoing, is a good, caring man, any sentence involving his incarceration would send my already-stressed family into further tailspin. Thus, I write to ask you to please consider any alternatives to incarceration during the upcoming sentencing hearing.

Thank you for your time and consideration.

Respectfully submitted,

Mathilde Logan Whalen Rowe
610-304-4060
Mlw3yc@gmail.com

---

[i] On several occasions throughout my life, my father gave vague descriptions of this abuse. I omit details here for the benefit of my aunt and uncle (my father's stepfather's children), who will be present at my father's sentencing hearing.

# CD Valuation Services, Inc.

*Machinery and Equipment Appraisers and Consultants*

117 N. Eagle Road, Suite 203  Havertown, Pennsylvania  19083    610-449-6799    fax 610-449-7487

August 15, 2019

Re:  Whalen Rheumatology Group
     117 N. Eagle Road
     Havertown, PA  19083

To Whom it May Concern:

My name is Charlie Dixon and I have leased 2 offices on the 2nd floor of this building since 2001. The old owner was William Stinson (Stinson Associates) and I was here when he sold the building to Dr. Whalen.

General administration services are also on this second floor. I'd like to say that in all my time here, I have met all of Dr. Whalen's employees and we have all gotten along well and enjoyed each other's company. The doctor has always been polite and courteous to us and attended to our needs with heat or air conditioning issues, bathroom repairs, etc.

As I travel for work and come and go during all times of the day, night and weekends, I have seen many of the Rheumatology patients also coming and going. They seem to go about their business, driving in or getting dropped off or picked up and going inside to the waiting room/offices. Sometimes, someone might be outside having a smoke. We would often nod at each other and say hello, good morning or the like. At no time have any of us, certainly myself or my secretary, felt uncomfortable about being here. There has never been an abundance of people or cars jamming up the parking lot or waiting at the door. None of the patients have ever been a problem with us. It has always seemed to me to be a typical doctors office, patients coming and going at normal intervals; not overcrowded, but typically busy as expected. I can provide this opinion because I have had quite a few surgeries myself and spent lots of time in doctors' offices. The doctor, treating Rheumatology patients, is obviously treating people in pain and providing a good service to the area. However, again, the operations just seem plain normal to me.

If I can answer any questions or be of any service, please give me a call. I'll be happy to assist in any way possible.

Sincerely,

Charles C. Dixon, ASA, CSA

B4

U.S. Dist. Judge for the
Eastern Dist. of Penna    JAN 23, 2020

TO: WM. J. BRENNAN, Esq
FROM: [redacted]

DR. Thomas Whalen, has Only
Helped My family with Help
Be it with Compassion or R
Care, Due to My Ongoing
Medical Conditions. As my
said Condition in my Med Records
Loss of my Son (only child) my
Husb - my mother, Two Siblings
within 14 Day Apart). My 3hr - Surgery
went into 8½ hrs, 3 day. Hosp stay
went into (17 Days) Med induced,
Coma (6 Six's) Dr Whalen thru
"God Blessings" the Minds &
Hands of the team of Dr's
who Saved me, Dr Whalen
Played an Ongoing Part of
my Care with my Constent.
He Always focused on what
was Best for me, with

II

with Consistant Treaments & Labs,
Tests - Befor Prescribing RX's.
That Alway Helped me to
" Weather All God Given Storms"

I am Sure my ongoing Care
will Be Blessfully Continued
Because of His God Give
Medical Guidence

I would Definitely Be one
of The First Patience to
Attend Court if in my Power

My Being Told He Would Not
Care for me, By His Staff, Has
Truly Effected My Heart
Its Sad - Sad - To Be Subjected
to Such A Storm - Because He
Chose A Field To Help People
who Truly He Serviced and
Helped With Care and
Compassion

B6

III

GOD BLESS AND KEEP
YOU DR. WHALEN
THIS IS TRULY FROM
DEPTH OF MY HEART

RESPECTFULLY

TAKE CARE OF YOURSELF
REMEMBER!! GOD HAS YOU

B7

1/24/2020

Honorable Timothy J. Savage:

I am aware of the facts of Thomas Whalen's conviction and awaiting sentencing. My name is ████████████████ and a resident of 11 years in Delaware County. I work for ████████████ ████ as a Training Coordinator for the last 11 years and grew up most of my young years in West Philadelphia. I have occasionally volunteered for the homeless shelter in West Chester. In addition, I have spoken in churches for fundraising for the Catholic Charities Appeal

I have known Dr. Whalen for approximately 18 years. When I first started seeing Dr. Whalen, I had my 2nd child at which point was diagnosed with rheumatoid arthritis. Dr. Whalen has cared for my condition throughout these years in a respectful, caring and informed doctor. My journey with RA has not been easy with many attempts of finding the appropriate medication. I felt Dr. Whalen worked appropriately with me and my concerns until we found a treatment plan that worked nicely. Dr. Whalen to me has always been open, friendly and interested in me in a doctor-patient relationship. Throughout the many years that Dr. Whalen has been my doctor, I never once questioned his integrity or trust. I never once questioned his knowledge and desire to assist me with my RA. I found Dr. Whalen to be quite trustworthy and have several times throughout the years recommended him to one of my friends that was having pain issues. Dr. Whalen fondly spoke about his children and their education on a casual level in building the doctor-patient relationship. In relation, Dr. Whalen often asked about my children as well. I will definitely find it to be a great loss not having Dr. Whalen as my doctor any longer as I now am forced to reach out to other doctors in the area.

I would ask that you consider Dr. Whalen's strengths that I have mentioned above when finalizing an appropriate conviction.

Sincerely,

████████████████████████████



January 24, 2020

Honorable Timothy J. Savage
U.S. District Judge for the Eastern District of Pennsylvania

Dear Judge Savage:

I am writing you in support of Dr. Thomas Whalen.

I have known Dr. Whalen for over 30 years. I first met him when he was a medical resident at Bryn Mawr Hospital. At that time I worked in the Emergency Department there.

I know Dr. Whalen and his wife. I know that he is a good family man and a kind and caring individual.

I later advanced my position at Bryn Mawr Hospital and started the Physician Referral and Wellness program for Bryn Mawr Hospital. In that position I got to know the physicians on staff and their unique skills and talents.

Dr. Whalen was a pioneer in recognizing that Fibromyalgia was a medical condition. At that time, most if not all, physicians dismissed that disease as a mental illness as opposed to something physical. He stated support groups to help those suffering from the severe pain caused by this illness.

I had the personal experience of seeing Dr. Whalen in 2019 because I now suffer from Fibromyalgia and Osteoarthritis. After a thorough examination of me and my health records he prescribed me with a mild pain medicine which has helped ease some of my pain. He said that he would not give me anything stronger because of the other medications I am taking for my hypertension. The medication he prescribed was the one my family physician and my cardiologist had said would be the only thing I could take prior to my visit with Dr. Whalen.

Because of my 41 years of work in the healthcare industry I am well aware of the interactions between physicians and patients. It is very rare to find a physician that truly cares about their patients and one that will sit and take the time to listen. Dr. Whalen is one of those rare physicians that deeply cares about his patients.

I thank you for taking the time to read my letter.

Take care,



B9

January 24th, 2020

Attention: Honorable Timothy J. Savage
U.S. District Judge for the Eastern District of Pennsylvania

Re: Thomas J. Whalen

Dear Judge Savage:

I am writing this letter on behalf of the above referenced, Thomas J. Whalen, who has been my rheumatologist for the last twenty (20) years.

Dr. Whalen served not only as my rheumatologist, but as my primary provider and has been by my side throughout the last two decades through a major car accident, numerous surgeries and rehabilitations.

There have been many times throughout the years when I have been despondent because I was certain I was not going to be able to work another day due to the significant levels of pain I was experiencing. It was only due to Dr. Whalen's conscientious and compassionate prescribing, monitoring and oversight of my medication management that has allowed me to work and support my family over the last two decades.

As a clinical psychotherapist and the owner of a behavioral and therapeutic services agency for children and adolescents in Chester County that employs almost forty (40) people, as well as the primary wage-earner for my family, it has been absolutely critical that I maintain a strong and collaborative partnership with Dr. Whalen to allow me to sustain maximum wellness in order to maintain an exhaustive work schedule and fight through a high level of pain on a daily basis.

In twenty plus years I've never missed a monthly appointment unless I was hospitalized. We always discussed my pain level in detail, as well as exactly how I was taking the medications he prescribed to me, at any given time. We both carefully monitored all medications for any side effects and efficacy.

Dr. Whalen is an exceptional diagnostician.  He identified, well before other practitioners who had examined me, serious complications with my gallbladder that required immediate surgery, as well as a serious shoulder injury that required immediate surgery. Both of these issues were well outside the typical scope of a usual rheumatology visit, but Dr. Whalen's holistic approach to treatment, coupled with his thoroughness during his consultations allowed him to identify these critical health issues. His compassion, along with his willingness to invest his time and energy into my ongoing treatment has been paramount to my well-being.

I have absolutely no doubt that I would be on disability today but for the empathy, compassion and careful assessment, monitoring, treatment and oversight of Dr. Thomas J. Whalen over the last two decades. He has my unwavering support, admiration and gratitude.

Respectfully submitted



01/24/2020

Dear, Honorable Timothy J. Savage

Your honor I'm writing this letter today to ask that you listen to what I write here and take it in account when deciding sentencing on April 1st 2020 for Dr. Thomas Whalen.

Although I can't speak on some of the charges I can speak to you about my experience and the great impact the Dr. Whalen has had on my life. I came to Dr. Whalen over 10 years ago after being treated for a work place accident by other doctors. I came to him misdiagnosed, over medicated and pretty much without hope for any kind of future. Many of my previous doctors just wanted to treat with a signature on a hand full of prescriptions, I was longing for a doctor to really take the time to do testing and find out what was really going on with me and I found that in Dr. Whalen. Throughout the years of being a patient of Dr. Whalen's he has painstakingly worked with me to find a true diagnosis, reduce the amount of medication I'm taking, make my pain manageable and has improved my quality of life greatly. He is not only an excellent and compassionate doctor he is a great man and I think it would be a shame for him to be incarcerated, he is truly one of the GOOD guys out there and not what you see on TV as a "licensed pill pusher" Dr. Whalen pretty much saved my life and I can say without a doubt in my mind that if I had not walked into his office over 10 years ago I'd most likely be another dead statistic.

It is so hard to put in writing how much Dr. Whalen has had an impact on my life but I hope you will read this and take into consideration when deciding his sentence. Please don't make him and his family another tragedy in this horrible epidemic.

HONORABLE JUDGE TIMOTHY J. SAVAGE

U.S. DISTRICT JUDGE EASTERN DISTRICT OF PENNSYLVANIA

January 26, 2021

Dear Judge Savage;

It is with my understanding that Dr. Whalen stands convicted, and is awaiting sentencing in the charges related to his prescribing practices. I have been a patient of Dr. Whalen for more than 30 years for a variety of health issues that plagued me prior to seeing him. Dr. Whalen has been a sympathetic and helpful doctor with these painful and debilitating problems that I had experienced.

I don't believe that my condition would have improved without the care, and treatment afforded by Dr. Whalen. In addition, I have been able to work permanently for the past 30 years, without having any of the past health issues while under the care of Dr. Whalen. I have been so thankful to have had a doctor who helped me immeasurably in the past. Because of this, I respectfully plead for the leniency and mercy of the court, and perhaps consider the alternative to incarceration of this dedicated doctor. Thank you for your consideration.

Respectfully Yours,



Jan. 26, 2020

Honorable Timothy J. Savage
U.S. District Judge for the Eastern District of Pennsylvania

My name is █████████. I reside in Cochranville Pa. with my husband of 32 years. I was a stay at home mom but volunteered my time assisting my husbands rotary club in various community fund raising efforts and projects.

I am familiar with the basic fact that Dr. Whalen stands convicted and is awaiting his sentence. I first met Dr. Whalen approximately 16 years ago when he acquired the practice of my then rheumatologist Dr. Bomaloski in Jennersville, Pa.

Almost immediately I noticed that this physician had the ability to communicate effectively with his patient by demonstrating a sincere and focused approach to the patients' medical problem that was presented. It was less "clinical" in nature and more personal and in a language that I could understand. I had not experienced this level of caring with any of my previous physicians. Dr. Whalen was always the encourager and optimist but never providing me with unrealistic expectations. When Dr. Whalen advised me that he was closing the Jennersville office to merge it with another of his practice locations, I didn't hesitate to follow him to his Exton office even though it was 45 minutes further away from home and there were other local rheumatologists in the area. I clearly recall during one of my office visits, Dr. Whalen shared a story with me regarding a parish priest that was facing some expensive medical treatment. Dr. Whalen offered to treat this man at no charge over the course of time necessary and to further demonstrate his concern, brought one of his sons to the rectory with him to assist in general housekeeping chores while he was treating his patient. This level of concern for his patients was not surprising but in my experience with Dr. Whalen, was typical.

I would respectfully ask your honor to consider alternatives to incarceration so he can repay society in a productive fashion. I appreciate your time in reading my letter.

Honorable Timothy J Savage

1/26/20

I have been a patient of
Dr Whalen for several years
He has always been kind &
understanding

I received my meds from
Express script & my
hands were no longer stiff
Thanks to Dr Whalen

I work at Project mgt Int.
and use my hands all day
putting packages together
for PMP's all over the
world

January 27, 2020,

To the Honorable Timothy J. Savage,

I am writing to you in reference to Dr. Thomas Whalen who awaits sentencing.  My name is
███████████████. I am 40 years of age.  I hold a BS in Biology from Ursinus College and
most of my life I worked in the Main Line Health Care system in everything from reception to
billing. That is until I could no longer work because of Bipolar Disorder and fibromyalgia.  Right
now I am on disability and it's a good week if I can make it to my doctor's appointments and to
church on Sunday.

While I was working back in about 2005 I saw Dr. Whalen for the first time.  I was diagnosed
with fibromyalgia.  I was incredibly impressed with him.  As a person used to working with
doctors I noticed differences about him right away.  Differences from the way he treated his staff
to how he made me feel. He was running behind but still joking and pleasant to his staff. Even
though he was behind he didn't rush me. He took his time and gave me the time I needed. He
also told me he had fibromyalgia too. I knew I found my doctor.  At the same time I had other
medical issues come up and I put my pain on the back burner to deal with my mental health and
my diagnosis of bipolar disorder.

Fast forward to 2019. I am now on disability and the pain is out of control.  Im spending more
time alone in bed than with people.  I talked to my primary care physician about seeing a
Rheumatologist again.  He gave me a list and I saw Dr. Whalens name and knew I had to see
him again.  He took my Medicare insurance but not my secondary which pays the 20 percent
that Medicare does not pay. Even though I am on a fixed income I said I'd pay that 20% out of
pocket to see him.  The first visit I saw a Physician assistant.  Then I finally got to see Dr.
Whalen.

When you have a chronic, invisible illness it's so hard to find a doctor who understands you.
Mostly I'm told it's in my head, to exercise and lose weight.  But talking to Dr. Whalen was like
talking to a kindred spirit. He totally got me.  He asked me questions about my pain no other
doctor bothered to ask me before. He totally got me and made me feel cared about.  He took his
time with me and didn't rush me or get annoyed when I cried. He told me a story of how he
bought a patient a wheelchair because she couldn't afford it. I left there with such hope. I knew if
anyone could help me he could.  Then I got the letter that he was leaving.

I cried. I finally felt like I found a doctor who could help me and understood and cared.  He has
such compassion.  Then it was all taken away.  Dr. Whalen is such an asset to the community
and to his patients. I know what you're thinking.  Geez lady just find another doctor. Yeah, I will.
But Dr. Whalen is the best.  I won't be able to find another doctor on his level. So I'm crying
again.  Crying selfishly for myself and crying for Dr. Whalen and his family.  I can't imagine what
this stress is doing to his fibromyalgia now.  I pray so hard for him and his family.

In conclusion I pray for mercy and leniency for Dr. Whalen. I pray that you consider alternatives to incarceration.

Thank you for your time.
Sincerely,



CHARACTER REFERENCE LETTER

27th day of January, 2020

SUBJECT: CHARACTER REFERENCE LETTER Dr. Whalen

Dear Judge,

I am writing this letter on behalf of Dr. Whalen, who is set to appear before your competent court. I am asking that you show mercy and leniency when sentencing Dr. Whalen.

I am ████████, the rheumatologist patient of Dr. Whalen. For the approximately ten plus years that I have known the alleged offender, I feel strongly about the goodness of his character and his ability to care for others.

Dr. Whalen has been an outstanding doctor to so many he has served. There have been no complaints raised against his character from the patients he has served. In fact, majority of his patients have nothing but praises for the alleged offender citing that he is a diligent, compassionate, and caring.

As his patient, I can attest that he has provided me with the best care for approximately ten years. I can also attest that he is family oriented and cares for both his children and grandchildren immensely.

I am genuinely concerned about the future of the alleged offender and the complications that this situation may generate as it may affect his entire family.

Please do not hesitate to contact me if you should require any further information.

Best,



Date: January 27, 2020

[REDACTED]

January 27, 2020

Honorable Timothy J. Savage
U.S. District Judge for the Eastern District of Pennsylvania

Dear Sir,

I am familiar with the fact that Dr. Thomas Whalen stands convicted and awaits sentencing for his prescribing practices.

My education and employment history is:  in 1972 I received a Master's Degree in Organic Chemistry and Education at the University of Wisconsin, Madison.  I then did organic research at the School of Pharmacy at UW Madison and at SmithKline in Philadelphia for about 6 years until my first child was born.  Following that important event, I babysat other people's children for 13 years so that I could stay home with my two boys.  In 1995, I started working at Delaware County Christian School as an Administrative Assistant and an Executive Assistant for 18 ½ years until my retirement. My husband and I moved from Madison, Wisconsin in 1975 to the Philadelphia area and have lived here since then. [REDACTED] has a PhD in Biochemistry from UW.  We have been members and regular attenders of Tenth Presbyterian Church since October 1975, where [REDACTED] has had leadership roles as Deacon and Elder for many years.

From the time I was in college, I have been dealing with a lot of pain.  After seeing many doctors, with no results, I started seeing Dr. Whalen about 20 years ago.  He diagnosed my condition as Fibromyalgia.  At each visit, he would evaluate me, teach me how to manage pain by suggesting massage therapy, chiropractic treatments, and the use of Advil and Tylenol. In 2003, I had breast cancer and I had to have a mastectomy and other major surgery for reconstruction.  While I was in treatment for that, the doctors gave me Percocet for the pain.  I noticed that the chronic back pain that I had had for so many years was MUCH better when I took Percocet.  Once my prescription was finished after the surgery, the pain came back again.  The next time I saw Dr. Whalen, I asked him if he could prescribe Percocet for me.  He said "yes!"  I was always very careful not to take too many – I rarely took more than one a day and often much less.  I also started keeping a pain and medication chart for him (and for me), so that I could show him at each visit how much medicine I was taking and how it helped my pain!  About two years ago, he suggested that I try Cymbalta for the chronic pain and depression that was creeping in.  That seemed to help and now I have weaned myself off almost all Percocet, but it is comforting to know that there is something I could take to help the pain if it should come back!

I have always had confidence in Dr. Whalen's abilities.  He told me that he also has Fibromyalgia, so I knew he would believe me when I told him about my pain and discomfort.  I remember once he mentioned to me that he had one patient in the office that day who was trying to just get narcotics from him.  He felt that he couldn't trust him and he asked him to leave without any prescriptions.  I know Dr. Whalen has had many patients over the years who have had much greater pain that I have had and I feel badly for them if they aren't able to continue to get the meds they need to relieve their pain!

In conclusion, I feel that Dr. Whalen's treatments have been very helpful to me and many others.  It would be a shame if he had to suffer for trying to help so many of his patients who have been in pain!  I would like to ask for leniency and mercy on his behalf and request the Court to consider alternatives to incarceration.

Sincerely,

[REDACTED]

# COURT REFERENCE LETTER

To Whom This May Concern,

My name is ▮▮▮▮▮▮▮ and I'm proud to offer my recommendation of Dr. Whalen to whom I have personally known for approximately four years as my rheumatologist doctor.

During my relationship with Dr. Whalen I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. I am fully aware that Dr. Whalen stands convicted and awaits sentencing. In addition, Dr. Whalen is a family-person who has always presented themselves with levelheadedness and grace. On several occasions Dr. Whalen would rave about his children and grandchildren often times showing pictures of accomplishments and life events. I ask that you show mercy and leniency when considering the sentencing of Dr. Whalen.

Please do not hesitate to contact me if you should require any further information.

Best,



Date: <u>January 27, 2020</u>